| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSTKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CASBN 184339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6917 |
| 7 | Facsimile: (415) 436-7234 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3-06-70636 EDL |
| | ) | 3-06-70289 |
| Plaintiff, | ) | 3-06-70290 |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO UNSEAL** |
| | ) | **and (PROPOSED) UNSEALING** |
| MARVIN EARL WEBB, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The government respectfully requests that this entire case be unsealed, including the criminal complaint and summons in case no. 3-06-70636, as well as the applications and affidavits in support of search warrants and search warrants in case nos. 3-06-70289 and 3-06-70290. The government is making this request as the defendant has been served with the criminal complaint and summons, and there is no need to keep the documents under seal.

DATED: November 14, 2006                    Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                            /s/_____
                                            TRACIE L. BROWN
                                            Assistant United States Attorney

3-06-70636 EDL/3-06-70289/3-06-70290
UNSEALING ORDER

1 **(PROPOSED) ORDER**

2 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this entire case,

3 including but not limited to, the criminal complaint and summons in case no. 3-06-70636, as well

4 as the applications and affidavits in support of search warrants and search warrants in case nos.

5 3-06-70289 and 3-06-70290, all be unsealed by the Clerk of the Court.

8 Dated: November 15, 2006

~~THE HON. ELIZABETH D. LAPORTE~~
United States Magistrate Judge
**EDWARD M. CHEN**

3-06-70636 EDL/3-06-70289/3-06-70290
UNSEALING ORDER